UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYNA REESE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10497** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "H" (3)** |

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Summary Judgment be GRANTED IN PART, the Commissioner's cross-motion be DENIED, and plaintiff's case be REMANDED under 42 U.S.C. § 405(g) to the Commissioner for further proceedings consistent with this opinion.

New Orleans, Louisiana, this 29th day of April, 2020.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**